GAS 245D    (Rev. 10/24) Judgment in a Criminal Case for Revocations

U.S. DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
### AUGUSTA DIVISION

MAY 2 2 2026

FILED

| | |
|---|---|
| UNITED STATES OF AMERICA<br>**v.**<br>Phillip Stewart Cartledge | **JUDGMENT IN A CRIMINAL CASE**<br>(For Revocation of Probation or Supervised Release)<br><br>Case Number:　1:18CR00014-1<br><br>USM Number:　22546-021<br><br>Richard H. Goolsby<br>Defendant's Attorney |

## THE DEFENDANT:

☒ admitted guilt to violation of mandatory, standard, and special conditions of the term of supervision.

☐ was found in violation of _____ condition(s) after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | You committed another federal, state, or local crime (mandatory condition). | May 20, 2023 |
| | See page 2 for additional violations | |

　　　The defendant is sentenced as provided on page 3 of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated the condition(s), _____ , and is discharged as to such violation(s).

　　　It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the Court and United States Attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No:  8578

May 21, 2026
Date of Imposition of Judgment

Defendant's Year of Birth: 1977

Signature of Judge

City and State of Defendant's Residence:

Grovetown, Georgia

J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA
Name and Title of Judge

5/22/2026
Date

GAS 245D          Judgment in a Criminal Case for Revocations

DEFENDANT:          Phillip Stewart Cartledge
CASE NUMBER:        1:18CR00014-1

# ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 2 | You failed to comply with the conditions of a curfew (special condition). | June 28, 2023 |
| 3 | You failed to comply with the conditions of a curfew (special condition). | February 18, 2026 |
| 4 | You failed to refrain from unlawful use of a controlled substance (mandatory condition). | March 11, 2026 |
| 5 | You knowingly communicated or interacted with someone engaged in criminal activity or someone who was previously convicted of a felony (standard condition). | March 8, 2026 |
| 6 | You attempted to obstruct or tamper with the substance abuse testing methods (special condition). | March 11, 2026 |
| 7 | You committed another federal, state, or local crime (mandatory condition). | March 15, 2026 |
| 8 | You knowingly communicated or interacted with someone engaged in criminal activity or someone who was previously convicted of a felony (standard condition). | March 15, 2026 |
| 9 | You failed to work full time (at least 30 hours per week) at a lawful type of employment (standard condition). | March 18, 2026 |

GAS 245D    Judgment in a Criminal Case for Revocations

DEFENDANT:        Phillip Stewart Cartledge
CASE NUMBER:    1:18CR00014-1

# IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of: <u>12 months, with no supervision to follow.</u>

☐    The Court makes the following recommendations to the Bureau of Prisons:


☒    The defendant is remanded to the custody of the United States Marshal.

☐    The defendant shall surrender to the United States Marshal for this district:

    ☐    at _____    ☐ a.m.    ☐ p.m.    on _____ .

    ☐    as notified by the United States Marshal.

☐    The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐    before 2 p.m. on _____ .

    ☐    as notified by the United States Marshal.

    ☐    as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:




Defendant delivered on _____    to _____

at _____ , with a certified copy of this judgment.


_____
UNITED STATES MARSHAL


By _____
DEPUTY UNITED STATES MARSHAL